UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHRISTINE A. NORTHCUTT,           )
                                  )
         Plaintiff(s),            )
                                  )
    vs.                           )      Case No. 4:05CV00851 RWS
                                  )
CITY OF WILDWOOD, et al.,         )
                                  )
         Defendant(s).            )

**MEMORANDUM AND ORDER**

I have held numerous hearings and made rulings on the record as to how discovery is to

take place. Many of the pending motions have been mooted by my rulings on the record at these

hearings.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time [#23] is

**GRANTED** in accordance with my rulings at the various hearings.

**IT IS FURTHER ORDERED** that Defendant's Motion to Quash Notice Of Deposition

and For Protective Order [#25] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion to Stay All Proceedings [#27] is

**DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to File Surreply

Memorandum In Support of Motion For Stay Of Proceedings [#39] is **DENIED** without

prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to Excuse From

Attendance At Mediation [#40] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions Rule 11 Violations [#43] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time [#51] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Join Parties and Amend Pleadings [#55] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions [#72] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion for Protective Order [#73] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Third Motion for Sanctions [#74] is **DENIED** without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of October, 2006.