UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHRISTINE A. NORTHCUTT,           )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )          Case No. 4:05CV00851 RWS
                                  )
CITY OF WILDWOOD, MISSOURI, et al.,  )
                                  )
          Defendants.             )

## MEMORANDUM AND ORDER

This matter is before me on Defendants' Motion to Compel Rule 26(a)(1)(C) Disclosures

[#154]. Plaintiff's Second Supplemental Disclosure states only lump sum amounts for the

damages she is claiming. Defendants seek to have Plaintiff compelled to state the calculation of

the damages she is claiming in this case for lost wages and benefits and medical expenses.

Federal Rule of Civil Procedure 26(a)(1)(C) requires a party to provide to other parties "a

*computation* of any category of damages claimed by the disclosing party, making available for

inspection and copying as under Rule 34 the documents or other evidentiary material, not

privileged or protected from disclosure, on which such *computation* is based, including materials

bearing on the nature and extent of injuries suffered." (emphasis added)

The plain language of the rule requires that a "plaintiff should provide more than a lump

sum statement of the damages allegedly sustained." City & County Of San Francisco v.

Tutor-Saliba Corp., 218 F.R.D. 219, 221 (N.D. Cal. 2003). "[T]he computation of damages . . .

contemplates some analysis; for instance, in a claim for lost wages, there should be some

information relating to hours worked and pay rate." Id. The computation must be of sufficient

detail that the Defendants can understand how Plaintiff determined these damages, so as to

enable each Defendant to "understand the contours of its potential exposure and make informed decisions as to settlement and discovery."  Id.

If Plaintiff wishes to present any evidence of damages in this case, she must comply with Rule 26(a)(1)(C).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Rule 26(a)(1)(C) Disclosures is **GRANTED.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2007.